**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

v.                                          Case No. 12-cr-162-PB

**Dana Moody**

## O R D E R


The defendant has moved to continue the June 4, 2013 trial in the above case, citing the need for additional time to complete an expert examination of forensic evidence and for the parties to address discovery issues and prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from June 4, 2013 to August 20, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 20, 2013 final pretrial conference is continued to August 5, 2013 at 3:30 p.m.  No further continuances will be granted.

SO ORDERED.


                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge

May 10, 2013

cc:  Behzad Mirhashem, Esq.
     Helen Fitzgibbon, AUSA
     United States Marshal
     United States Probation